

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-16-00296-CV

**IN THE INTEREST OF T.M.C., A.M.C., AND N.R.S.C.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02352
Honorable Peter Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The notice of appeal was filed on April 29, 2016. Appellant is represented on appeal by retained counsel, Mr. Shawn Derrick Sheffield. Appellant's brief is due June 23, 2016. On June 6, 2016, Mr. Sheffield filed a motion to extend time in which to file appellant's brief. However, in his motion, Mr. Sheffield incorrectly stated the present due date for the brief as June 6, 2016, and he requested a twenty-day extension to June 26, 2016.

We GRANT the motion and Mr. Sheffield is hereby ORDERED to file appellant's brief no later than June 26, 2016.

Mr. Sheffield is reminded that, because this is an accelerated appeal of the trial court's order terminating appellant's parental rights, Rule 6.2 of the Texas Rules of Judicial Administration mandates that this appeal be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. This mandated deadline cannot be re-set or extended by this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court